IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL JOSEPH PLUTH JR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3060 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The motion to withdraw filed by Lynnett M. Wagner as counsel of record on behalf of on behalf of Defendant Michael J. Astrue, (filing no. 13), is granted.

DATED this 21st day of July, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge